# EATON & VAN WINKLE LLP

**Robert N. Swetnick**
Partner

3 PARK AVENUE
NEW YORK, NEW YORK 10016

Direct Dial: (212) 349-2800
Fax: (212) 779-9928
E-mail: RSwetnick@evw.com

May 6, 2014



**VIA ECF and FACSIMILE (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

RE: Edward Manley v. Midan Rest., Inc. d/b/a Moran's Chelsea and Colleen Lydon
Case No.: 14 Civ. 1693 (AKH)

Dear Judge Hellerstein:

This office represents the Defendants in the above noted matter. Yesterday evening I received a call from Plaintiff's counsel advising me that the first conference before you had been scheduled for May 9, 2014. However, neither this office nor Plaintiff's counsel received any ECF notice of this conference; apparently, Plaintiff's counsel received a notice in the mail.

On May 9th I am scheduled for oral argument of a motion in the Supreme Court, Kings County and I have not been able to adjourn that argument. In addition, I have advised the Defendant corporation, for which I serve as corporate counsel, that it should consider retaining a labor attorney in light of the allegations of the Complaint. I believe that it is in the process of interviewing an attorney to act as substitute counsel for one or more of the Defendants.

Under the circumstances, it is respectfully requested that the Conference scheduled for May 9, 2014 be adjourned for approximately three weeks. Plaintiff's counsel has no objection to the adjournment. There has been no prior request for an adjournment in this matter.

Thank you for your consideration and attention.

Respectfully yours,

Robert N. Swetnick

RNS:sb

cc: Louis Pechman, Esq.
Via ECF and Facsimile (#212-308-8582)

{00025687.DOC;1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/14